**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Isael PEREZ-PEREZ, a.k.a. Bemba, Defendant-Appellant.**

**No. 17-12264**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(January 19, 2018)

Germaine Seider, U.S. Attorney Service—Middle District of Florida, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Charles M. Britt, III, Law Office of Charles M. Britt, III, Bradenton, FL, for Defendant-Appellant

Before TJOFLAT, JILL PRYOR and FAY, Circuit Judges.

BY THE COURT:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced if made knowingly and voluntarily).